STATE OF NORTH CAROLINA v. JAMES ROBERT (DICK) SOUTHERN

No. 24PA85

(Filed 3 July 1985)

**Criminal Law § 138— prayer for judgment continued—no prior conviction for sentencing purposes**

   The trial court erred at sentencing by concluding that certain convictions in which prayer for judgment was continued and no fines or other conditions imposed constituted "prior convictions" under the Fair Sentencing Act. G.S. 15A-1340.4(a)(1)(o) and G.S. 15A-1340.2(4).

ON the state's petition for discretionary review of a decision of the Court of Appeals, 71 N.C. App. 563, 322 S.E. 2d 617 (1984), finding no error in defendant's trial at the 10 January 1984 Session of CASWELL County Superior Court, *Judge Beaty* presiding, but remanding the case for a new sentencing hearing.

*Lacy H. Thornburg, Attorney General, by Michael Smith, Associate Attorney, for the state appellant.*

*George B. Daniel and Ronald M. Price, by Ronald M. Price, for defendant appellee.*

PER CURIAM.

The only question before us is whether the Court of Appeals was correct in determining that the trial court erred at sentencing by concluding that certain convictions in which prayer for judgment was continued and no fines or other conditions imposed constituted "prior convictions" under the Fair Sentencing Act, particularly N.C.G.S. § 15A-1340.4(a)(1)(o) and -1340.2(4). Believing that the Court of Appeals was correct, we conclude that its decision should be

Affirmed.